INSD Pro Se Blank Filing (caption and certificate of service) 4/19

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Indiana

**FILED**
9:15 am, Apr 22, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

PIERRE Q. PULLINS
_Plaintiff(s)_

-v-

INDIANAPOLIS RECORDER CHARITIES INC. DBA THE INDIANAPOLIS RECORDER
_Defendant_

Case No.

1:20-cv-01221-JMS-DLP

## COMPLAINT FOR LIBEL AND CONSPIRACY ELECTIONEERING CONCERNING A FEDERAL CAMPAIGN
_(Title your document on this line.)_

I am the (plaintiff) defendant (circle one) in this case and I state as follows:

That on April 20, 2018 the Indianapolis Recorder ran a story (news article) in which the Recorder stated, "Pullins is making his seventh run for Congress, and could not be reached at ~~r~~ by press time." The Recorder then (in the same news story) put a thumbnail picture of Pullins picture and grouped it with the Republican challengers. Pullins is a Democrat. Pullins believes the Indianapolis Recorder

INSD Pro Se Blank Filing (caption and certificate of service) 4/19

never tried to contact him to participate in the news story because the Recorder didn't want to print Pullins concerns and questions about the incumbent Congressman Andre Carson. Pullins believes the Recorder conspired with WTLC a Radio One station and the Indianapolis to censor him (Pullins) and his concerns. Jury Trial Demanded

Date: 4/20/2020     Signed: _____
                             Filing party

Address and Telephone Number:
6120 Westlake Dr. N Apt B
Indpls, IN 46224
317 797 7190

## CERTIFICATE OF SERVICE

I certify that a copy of this document **Complaint for Libel**
(fill in name of your document)

has been mailed, postage prepaid, upon (insert names and addresses of other parties in space provided):