UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PIERRE Q. PULLINS, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | )   No. 1:20-cv-01221-JMS-DLP |
| | ) |
| INDIANAPOLIS RECORDER CHARITIES INC. D/B/A | ) |
| INDIANAPOLIS RECORDER, | ) |
| | ) |
| *Defendant*. | ) |

## ORDER

On April 23, 2020, the Court entered an Order directing Plaintiff Pierre Pullins to either pay the $400 filing fee or file a Request to Proceed in District Court Without Prepaying the Filing Fee, and also to file an Amended Complaint, by May 22, 2020. [Filing No. 3.] From a review of the docket, the Court has determined that the Order was inadvertently sent to Mr. Pullins at an incorrect address.

Accordingly, the Clerk is **DIRECTED** to correct the address on the docket for Mr. Pullins to: **6120 Westlake Drive N., Apt. B, Indianapolis, IN 46224**, and to **RE-SEND** the Court's April 23, 2020 Order, [Filing No. 3], to Mr. Pullins at that address. Additionally, the Court **ORDERS** that Mr. Pullins may have until **May 29, 2020** to comply with the requirements set forth in the April 23, 2020 Order.

Date: 5/6/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

1

**Distribution via United States Mail to:**

Pierre Q. Pullins
6120 Westlake Drive N.
Apt. B
Indianapolis, IN 46224